UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARONE DESHAWN CHARLES,

Defendant.

2:17-cr-00321-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' consent, docket no. 27, to proceed before a United States Magistrate Judge for purposes of jury selection, this matter is REFERRED to the Honorable Brian A. Tsuchida for jury selection only. Voir dire and jury empanelment shall take place at 9:00 a.m. on Wednesday, February 28, 2018, in Courtroom 15206 before the Honorable Brian A. Tsuchida. Trial will continue before the Honorable Thomas S. Zilly on Thursday, March 1, 2018, at 9:00 a.m. in Courtroom 15206.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of February, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1