UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARONE DESHAWN CHARLES,

    Defendant.

2:17-cr-00321-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to exclude witnesses pursuant to Rule 615 is GRANTED. ALL witnesses are excluded from the courtroom prior to testimony. The Government's case agent is exempt from Rule 615 and may be present during the trial.

(2) The Court DEFERS ruling on the issues presented in the motions in limine, docket nos. 26 and 34, pending further order of the Court. The parties are directed to refrain from referring to these issues in open court in the presence of the jury without prior Court approval.

(3) A copy of the Court's proposed voir dire questions and proposed Jury Instructions will be provided to counsel today. Any objection to the proposed voir dire questions or Instructions shall be filed by the parties on or before noon on February 20, 2018.

(4) During voir dire, after the Court's questions, each side shall have 15 minutes to ask questions of the jury. The Court will select 12 jurors and 1 alternate juror.

MINUTE ORDER - 1

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2018.

           William M. McCool
           Clerk

           s/Karen Dews
           Deputy Clerk