UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>LARONE DESHAWN CHARLES,<br><br>           Defendant. | 2:17-cr-00321-TSZ<br><br>ORDER |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

IT IS SO ORDERED.

Dated this 2nd day of March, 2018.

                                      Thomas S. Zilly
                                      United States District Judge

ORDER - 1