# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LARONE DESHAWN CHARLES,<br><br>　　　　　　Defendant. | JUDGMENT OF ACQUITTAL<br><br>CASE NO. CR17-321 TSZ |

__X__　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The defendant having been found not guilty in this case on March 2, 2018, by jury verdict, the defendant is hereby ACQUITTED of the charge contained in the Superseding Indictment, docket no. 38.

Dated this 8th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　　Deputy Clerk